UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KIRK EVANS, JR., | ) | CASE NO.: C06-1085-TSZ |
| Petitioner, | ) | |
| v. | ) | ORDER DISMISSING PETITIONER'S HABEAS PETITION |
| CITY OF SEATTLE, | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition and this action are DISMISSED; and,

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

DATED this 27th day of December, 2006.

Thomas S. Zilly
United States District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION
PAGE -1